1  Derek A. Newman, State Bar No. 190467
   *dn@newmanlaw.com*
2  Derek Linke, State Bar No. 302724
   *linke@newmanlaw.com*
3  NEWMAN DU WORS LLP
   100 Wilshire Boulevard, Suite 700
4  Santa Monica, CA  90401
   Phone: (310) 359-8200
5  Facsimile: (310) 359-8190

6  John D. Denkenberger (*pro hac vice*)
   *john.denkenberger@cojk.com*
7  CHRISTENSEN O'CONNOR
   JOHNSON KINDNESS PLLC
8  1201 Third Avenue, Suite 3600
   Seattle, WA  98101
9  Phone: (206) 682-8100
   Facsimile: (206) 224-0779

10 Counsel for Plaintiff/Appellant
11 Chun Hua Lo

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUN HUA LO,<br><br>    Plaintiff/Appellant,<br><br>v.<br><br>MONSTER ENERGY COMPANY,<br><br>    Defendant/Respondent. | Case No. 5:23-cv-00549 GW (PVCx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i)** |

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, on the grounds that Defendant Monster Energy Company has not served either an answer or a motion for summary judgment, Plaintiff Chun Hua Lo, hereby provides notice of dismissal of this action without prejudice.

Dated: July 13, 2023

Respectfully submitted,

NEWMAN DU WORS LLP

/s/ Derek Linke
Derek A. Newman
Derek Linke

John D. Denkenberger (*pro hac vice*)
CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC

Counsel for Plaintiff
Chun Hua Lo