AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:23-cv-00549-GW-PVC | DATE FILED<br>3/28/2023 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>CHUN HUA LO | | DEFENDANT<br>MONSTER ENERGY COMPANY |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | Ser. No. 86274025 | 5/7/2014 | Chun Hua Lo |
| 2 | 77276989 | 9/11/2007 | Monster Energy Company |
| 3 | 78122679 | 4/18/2002 | Monster Energy Company |
| 4 | 78246567 | 5/7/2003 | Monster Energy Company |
| 5 | | | See attachment for additional trademarks. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| NOTICE of Voluntary Dismissal |

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>Lori Muraoka | DATE<br>07/13/2023 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

ATTACHMENT TO
REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 5:23-cv-00549 | 3/28/2023 | Central District of California |
| PLAINTIFF | | DEFENDANT |
| CHUN HUA LO | | MONSTER ENERGY COMPANY |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 78246573 | 5/7/2003 | Monster Energy Company |
| 78253930 | 5/23/2003 | Monster Energy Company |
| 78253933 | 5/23/2003 | Monster Energy Company |
| 85078405 | 7/6/2010 | Monster Energy Company |
| 85406210 | 8/24/2011 | Monster Energy Company |
| 86006264 | 7/10/2013 | Monster Energy Company |
| 86120138 | 11/15/2013 | Monster Energy Company |
| 85077052 | 7/2/2010 | Monster Energy Company |
| 78769836 | 12/8/2005 | Monster Energy Company |
| 85081796 | 7/9/2010 | Monster Energy Company |
| 77109959 | 2/16/2007 | Monster Energy Company |
| 85652401 | 6/14/2012 | Monster Energy Company |
| 85086121 | 7/16/2010 | Monster Energy Company |
| 85813927 | 1/2/2013 | Monster Energy Company |
| 85958638 | 6/13/2013 | Monster Energy Company |
| 77095055 | 1/30/2007 | Monster Energy Company |
| 85086513 | 7/16/2010 | Monster Energy Company |
| 86133110 | 12/2/2013 | Monster Energy Company |
| 86131120 | 11/27/2013 | Monster Energy Company |